No. 93–6401 (A–488). PRUETT v. THOMPSON, WARDEN, *ante*, p. 984. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for rehearing denied.

DECEMBER 17, 1993

No. 93–643. BESSEMER & LAKE ERIE RAILROAD CO. v. WHEELING-PITTSBURGH STEEL CORP. ET AL. C. A. 3d Cir. Certiorari dismissed as to Erie-Western Pennsylvania Port Authority, Codan Corp., and C. D. Ambrosia Trucking Co. under this Court's Rule 46.1.

DECEMBER 18, 1993

No. A–502. BABY BOY DOE, A FETUS, BY HIS COURT-APPOINTED GUARDIAN AD LITEM, MURPHY, COOK COUNTY PUBLIC GUARDIAN v. MOTHER DOE. Application for an order remanding the matter to the Circuit Court of Cook County, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE BLACKMUN would grant the application.

DECEMBER 22, 1993

No. 93–761. SHANGRI-LA DEVELOPMENT CO. v. NATIONAL HOME INSURANCE CO. ET AL. Ct. App. Mo., Eastern Dist. Certiorari dismissed under this Court's Rule 46.1.